IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | |
|---|---|
| ADRINA ANDERSON, | ) No. C09-1859-JLR-MAT |
| | ) |
|     Plaintiff, | ) |
| | ) [~~PROPOSED~~] ORDER AMENDING |
| v. | ) THE BRIEFING SCHEDULE |
| | ) |
| MICHAEL J. ASTRUE, | ) |
| Commissioner of Social Security, | ) |
| | ) |
|     Defendant. | ) |

Based on the motion by Plaintiff, it is hereby ORDERED that the Briefing Schedule is amended as follows:

• Plaintiff Opening Brief is due May 5, 2010

• Defendant's Answering/Responsive Brief is due June 2, 2010

• Plaintiff's optional Reply Brief is due June 16, 2010

Dated this <u>19th</u> day of April, 2010.

Mary Alice Theiler
United States Magistrate Judge

Presented by:

Robert A. Friedman
Robert A. Friedman & Assoc.
3410 Broadway
Everett, Washington 98201
(425) 252-5551
cshear@rafalaw.com

Page 1 ORDER