UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ADRINA ANDERSON, | ) |
| | ) CASE NO. C09-1859-JLR-MAT |
| Plaintiff, | ) |
| | ) |
| v. | ) ORDER SCHEDULING REMAINING |
| | ) BRIEFING SCHEDULE |
| MICHAEL J. ASTRUE, | ) |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

Defendant filed an Agreed Motion to Amend the Briefing Schedule (Dkt. 18) on May 28, 2010. This motion requests that plaintiff be granted 23 days from the date that defendant's responsive brief is due (June 2, 2010) to file a supplemental opening brief, with defendant's answering brief then being due by July 26, 2010, and plaintiff's optional reply brief due by August 9, 2010. The reason for the request to continue the briefing schedule is a consequence of the fact that the administrative record filed by defendant was missing the transcript fot the March 2009 hearing. That transcript has now been filed by defendant (Dkt. 21) and the record is complete.

The parties' request for an extension under these circumstances is reasonable. Since

ORDER SCHEDULING REMAINING
BRIEFING SCHEDULE
PAGE -1

01  plaintiff has already filed her opening brief, the court will grant plaintiff the opportunity to file
02  a supplemental brief, limited to 9 pages (the 24-page maximum minus the 15-pages of
03  substantive information already filed), with the regular page limits in effect for the remaining
04  briefing schedule.
05          The new deadlines are:
06          Plaintiff's supplemental Opening Brief:         June 25, 2010
07          Defendant's Responsive Brief                   July 26, 2010
08          Plaintiff's optional Reply Brief:              August 9, 2010
09          This is the second extension request granted in the case.  **The parties are advised that,**
10  **absent extraordinary circumstances, no further extensions will be granted.**
11          DATED this 2nd day of June, 2010.
12
13                                                  _____
14                                                  Mary Alice Theiler
                                                    United States Magistrate Judge
15
16
17
18
19
20
21
22

ORDER SCHEDULING REMAINING
BRIEFING SCHEDULE
PAGE -2