01
02
03
04
05

06        UNITED STATES DISTRICT COURT
          WESTERN DISTRICT OF WASHINGTON
07                  AT SEATTLE

08  ADRINA ANDERSON,                )
                                    )   CASE NO. C09-1859-JLR
09       Plaintiff,                 )
                                    )
10       v.                         )
                                    )   REPORT AND RECOMMENDATION
11  MICHAEL ASTRUE,                 )
    Commissioner of Social Security,)
12                                  )
         Defendant.                 )
13  _____  )

14      Plaintiff Adrina Anderson brought this action to seek judicial review of the denial of her

15  application for Supplemental Security Income by the Commissioner of the Social Security

16  Administration.  The parties have now stipulated that this case should be reversed and

17  remanded pursuant to sentence four of 42 U.S.C. § 405(g).  (Dkt. 25.)

18      Based on the stipulation of the parties, the Court recommends that this case be

19  REVERSED and REMANDED for further administrative proceedings.  The parties have

20  stipulated that, on remand, the Administrative Law Judge (ALJ) will: further evaluate, and

21  specify the weight given to, the medical opinions of Dr. Ly (Tr. 292-300), Dr. Merrill (Tr.

22  302-309), Dr. Meinz (Tr. 377-387), Dr. Clifford (Tr. 274-277, 278-291), Dr. Cunningham (Tr.

391-398), Dr. Sherris (Tr. 390), and Nurse Practitioner Lawson (Tr. 399-402); further evaluate plaintiff's residual functional capacity; further evaluate, and specify the weight given to, the lay witness statements of Mr. Volkman (Tr. 432-436) and Ms. Govig (Tr. 190-198); if the sequential evaluation proceeds to step five, reevaluate, with the assistance of additional vocational expert testimony and consistent with Social Security Ruling 00-4p, plaintiff's ability to perform other work in the national economy; and include in the decision a finding, and supporting rationale, on the issue of reopening plaintiff's application for SSI disability benefits filed on March 16, 2005.  The parties further stipulate that plaintiff may submit additional evidence and arguments to the ALJ on remand, that the ALJ will issue a new decision, and that those other aspects of the ALJ's prior decision not specifically addressed in the stipulated remand are not affirmed.

Given the above, the Court recommends that United States District Judge James L. Robart immediately approve this Report and Recommendation and order the case REVERSED and REMANDED for further administrative proceedings.   A proposed order accompanies this Report and Recommendation.

DATED this <u>26th</u> day of July, 2010.

                                                     /s/ Mary Alice Theiler
                                                    Mary Alice Theiler
                                                    United States Magistrate Judge